UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCELLE R. BURRONI,

                **Plaintiff,**

    - against -

UNITED STATES OF AMERICA,

                **Defendant.**

---

26-cv-877 (JGK)

**Order**

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure, the time for the United States to answer or respond to the complaint expired on June 26, 2026. See ECF No. 13. To date, no answer or response has been filed.

The time for the United States to answer or respond to the complaint is extended until **July 10, 2026.** If the United States fails to respond by that date, the Court may take appropriate action. See Fed. R. Civ. P. 55(d).

SO ORDERED.

Dated:    New York, New York
            June 27, 2026

                            John G. Koeltl
                    United States District Judge