**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MARCELLE R. BURRONI,**

**Plaintiff,**

**- against -**

**UNITED STATES OF AMERICA,**

**Defendant.**

---

**26-cv-877 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The Government should respond to Marcelle Burroni's letter dated August 25, 2026 by September 15, 2026. Ms. Burroni may reply by September 22, 2026. The case remains stayed until the Court has decided the issues raised in the August 25, 2026 letter. Ms. Burroni should file another copy of her August 25, 2026 letter including the attachments to that letter by September 4, 2025.

**SO ORDERED.**

**Dated:** **New York, New York**
**August 31, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**