UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELLE BURRONI, Limited Administrator of the Estate of SYLVANO ANTHONY BURRONI,

Plaintiff,

- against -

UNITED STATES OF AMERICA

26-cv-877 (JGK)

**Order**

JOHN G. KOELTL, District Judge:

On August 5, 2026, the Court stayed this case pending a decision by the Westchester County Surrogate's Court on the plaintiff's petition for appointment as limited administrator of the estate at issue in this case. ECF No. 21. On August 25, 2026, the plaintiff requested that the Court: (1) "accept" the surrogate's court's decision and letters granting her limited administration over the estate and "lift the stay"; (2) recognize her appointment" and her "express Rule 17(a)(3) ratification"; (3) "direct the Clerk to update only the representative-capacity designation in the caption to reflect her appointment as Limited Administrator of the Estate of Sylvano Anthony Burroni, a/k/a Sylvano A. Burroni, Deceased (correcting the middle initial "R" used in ECF Nos. 16 and 20)"; and (4) "set the next briefing schedule." ECF No. 22, 24. The government does not oppose these requests but intends to move to dismiss the action under Rule 12(b)(6). See ECF No. 25.

Rule 17 of the Federal Rules of Civil Procedure provides that "[a]n action must be prosecuted in the name of the real party in interest." Fed. R. Civ. P.

17(a). "This means that an action must be brought by the person who, according to the governing substantive law, is entitled to enforce the right." Oscar Gruss & Son, Inc. v. Hollander, 337 F.3d 186, 193 (2d Cir. 2003). Rule 17(a) expressly includes an "administrator" as an example of a person or entity that can sue on its own without joining the person for whose benefit the action is brought, Fed. R. Civ. P. 17(a)(1)(B), and an administrator may do so in an existing action rather than refiling by ratifying that existing action, see Fed. R. Civ. P. 17(a)(3). "After ratification, . . . the action proceeds as if it had been originally commenced by" the administrator. Id.

It is undisputed that the surrogate's court granted the plaintiff a limited administration over the relevant estate and that, as administrator, the plaintiff ratified this action in her August 25, 2026 letter. The plaintiff's application to lift the stay and recognize her appointment and ratification as administrator is **granted**. The Court will set the next briefing schedule in a separate order. The Clerk is respectfully requested to lift the stay and update the representative-capacity designation in the caption to reflect the plaintiff's appointment as Limited Administrator of the Estate of Sylvano Anthony Burroni, a/k/a Sylvano A. Burroni, Deceased.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 30, 2026**

**John G. Koeltl**
**United States District Judge**