**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MARCELLE BURRONI, Limited Administrator of the Estate of SYLVANO ANTHONY BURRONI,**

**Plaintiff,**

**- against -**

**UNITED STATES OF AMERICA**

---

**26-cv-877 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference on September 28, 2026, the plaintiff may file an amended complaint by **November 16, 2026**. The defendant may answer or otherwise respond to the amended complaint by **December 18, 2026**, without seeking another premotion conference. If the defendant so moves, the plaintiff may respond by **January 22, 2027**. The defendant may reply by **February 8, 2027**. If the defendant does not so move, the parties are directed to file a Rule 26(f) statement by **January 22, 2027**.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 1, 2026**

**John G. Koeltl**
**United States District Judge**